IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TRAVIS MERRILL and ROXANE MERRILL, individually and as parents and next friends of A.M., a minor, | § § § § | |
| Plaintiffs, | § § | Civil Action No. 4:26-cv-00199-RWS |
| v. | § § | |
| FRISCO INDEPENDENT SCHOOL DISTRICT, | § § § | |
| Defendant. | § § | |

## ORDER GRANTING DEFENDANT FRISCO INDEPENDENT SCHOOL DISTRICT'S MOTION FOR PARTIAL DISMISSAL OF PLAINTIFFS' COMPLAINT

Be it remembered that on this day came to be considered Defendant Frisco Independent School District's Motion for Partial Dismissal of Plaintiffs' Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). After considering the motion, pleadings and other documents on file in this cause, and the arguments of the parties, the Court finds Plaintiffs cannot maintain their state law negligence and assault claims against Defendant given its entitlement to governmental immunity. The Court also finds Plaintiffs cannot maintain their claims under the Individuals with Disabilities Education Act (IDEA) as Plaintiffs failed to exhaust those claims. Finally, the Court finds that Plaintiffs cannot maintain A.M.'s constitutional claims under 42 U.S.C. § 1983. The Court is, therefore, of the opinion that Defendant's Motion for Partial Dismissal of Plaintiffs' Complaint is well taken and should be GRANTED.

It is therefore ORDERED, ADJUDGED AND DECREED that Plaintiffs' negligence, assault, IDEA claims, as well as Plaintiffs' claims under 42 U.S.C. § 1983 against Defendant are hereby dismissed.