IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TRAVIS MERRILL and ROXANE MERRILL, individually and as parents and next friends of A.M., a minor, | § § § § | |
| Plaintiffs, | § § | Civil Action No. 4:26-cv-00199-RWS |
| v. | § § | |
| FRISCO INDEPENDENT SCHOOL DISTRICT, | § § § | |
| Defendant. | § | |

## DEFENDANT'S NOTICE OF APPEARANCE OF COUNSEL

**COMES NOW** Nicole Blaylock Thomas of Walsh Gallegos Kyle Robinson & De Los Santos

P.C. and files this Notice of Appearance of Counsel for Defendant, in the above-titled matter. Ms.

Thomas requests that she be added to the service list for this matter, at nblaylockthomas@wabsa.com.

Respectfully submitted,

By: /s/ Nicole Blaylock Thomas
Nicole Blaylock Thomas
State Bar No. 24149603
WALSH GALLEGOS KYLE
ROBINSON & DE LOS SANTOS P.C.
105 Decker Court, Suite 700
Irving, Texas 75062
214.574.8800
214.574.8801 (facsimile)
nblaylockthomas@wabsa.com

By: /s/ Meredith Prykryl Walker
Meredith Prykryl Walker
State Bar No. 24056487

Meredith Prykryl Walker

WALSH GALLEGOS KYLE
ROBINSON & DE LOS SANTOS P.C.
105 Decker Court, Suite 700
Irving, Texas 75062
214.574.8800
214.574.8801 (facsimile)
mwalker@wabsa.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

On June 12, 2026, I electronically submitted the foregoing document with the clerk of court for the United States District Court, Eastern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

Robert S. Mactavish
Lento Law Group, P.C.
3003 N Central Avenue, Suite 685
Phoenix, AZ 85012
robert.mactavish@llgnational.com

/s/ Nicole Blaylock Thomas
Nicole Blaylock Thomas