IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TRAVIS MERRILL and ROXANE MERRILL, individually and as parents and next friends of A.M., a minor, | § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. 4:26-cv-00199-RWS |
| FRISCO INDEPENDENT SCHOOL DISTRICT, | § | |
| Defendant. | § | |

**DEFENDANT FRISCO INDEPENDENT SCHOOL DISTRICT'S ANSWER TO PLAINTIFFS' COMPLAINT AND JURY DEMAND**

Defendant Frisco Independent School District (Frisco ISD or the District) files this Answer to Plaintiffs' Complaint and Jury Demand and, in support thereof, would respectfully show the Court as follows:

## I. ANSWER

Pursuant to Federal Rule of Civil Procedure 8(b), Frisco ISD denies each and every allegation in Plaintiffs' Complaint except those allegations specifically admitted below in this section. Frisco ISD further incorporates and preserves the defenses and arguments asserted in its Motion for Partial Dismissal of Plaintiffs' Complaint (Dkt. 7).

1. Frisco ISD admits Travis Merrill and Roxane Merrill are A.M.'s parents and bring this lawsuit individually and as next friends of A.M. Frisco ISD lacks knowledge or information sufficient to form a belief regarding Plaintiffs' current residence or any allegations concerning damages or claims allegedly belonging to Plaintiffs individually.

2. Frisco ISD admits it is a public school district organized and existing under the laws of the State of Texas. Frisco ISD further admits its administrative offices are located at 5515 Ohio Drive, Frisco, Texas 75035. The District admits Hunt Middle School is a District campus.

3. Frisco ISD admits A.M. is a student with multiple disabilities, including cerebral palsy, cortical visual impairment, and a speech impairment. Frisco ISD admits A.M. requires adult assistance with mobility, communication, personal care, and other daily activities. Frisco ISD lacks knowledge or information sufficient to form a belief regarding the allegations in paragraphs 19, 20, and 21.

4. Frisco ISD admits that during an Admission, Review, and Dismissal (ARD) committee meeting on December 3, 2024, A.M.'s father raised concerns regarding inconsistent bruising on A.M.'s arms and damage to her equipment. Frisco ISD admits A.M.'s father requested that the campus assess whether additional staff training or support was necessary to address his concerns. Frisco ISD lacks knowledge or information sufficient to form a belief regarding Plaintiffs' characterizations of A.M.'s subjective experience of pain or trauma.

5. Frisco ISD admits that on December 20, 2024, it received a report that paraprofessional Karthiga Moorthy removed A.M.'s headphones, yelled at her, and slapped her across the face while in the Active Learning Classroom at Hunt Middle School. Frisco ISD admits two District employees reported witnessing the incident. With respect to the allegations contained in footnote 1 to Paragraph 24, Frisco ISD lacks knowledge regarding Plaintiffs' practices outside of school.

6. Frisco ISD admits the December 20, 2024 incident, was reported to campus administration and that A.M. was subsequently taken to the school nurse for evaluation. Frisco ISD further admits the Frisco Police Department investigated the incident. Frisco ISD lacks

information sufficient to form a belief as to the truth of the allegations regarding Ms. Moorthy's criminal charges, conviction, or sentencing, as alleged in Paragraph 25.

7. Frisco ISD admits that during an ARD committee meeting on April 30, 2025, A.M.'s father reported concerns regarding A.M.'s sleep, including night terrors. The District lacks information sufficient to form a belief as to the truth of the allegations concerning A.M.'s private medical diagnoses, medical treatment, prescription medications, and any treating physician's conclusions regarding the cause of her alleged symptoms.

8. Frisco ISD admits A.M.'s December 2024 Individualized Education Program (IEP) provided for specialized instruction and related services, including occupational therapy, physical therapy, and speech therapy. Frisco ISD admits A.M.'s December 2024 IEP included a choir class in her schedule of services.

9. Frisco ISD admits cameras were installed in A.M.'s classroom to address safety concerns. Frisco ISD lacks information sufficient to form a belief as to the truth of the allegations concerning Plaintiffs' alleged medical expenses, therapy costs, and potential loss of income.

10. Frisco ISD admits A.M. receives nutrition through a gastrostomy feeding tube. Frisco ISD lacks knowledge or information sufficient to form a belief regarding the medical conclusions asserted by Plaintiffs in Paragraph 33 concerning the precise ketogenic ratio, commercial availability of particular food products, or the medical consequences Plaintiffs contend could result from deviations from the prescribed diet, except to the extent such information is contained in medical orders or records provided to the District.

11. Any allegation contained in Plaintiffs' Complaint that has not been specifically admitted herein and to which a response is required is expressly denied.

## II. ENTITLEMENTS AND DEFENSES

12. Frisco ISD specifically denies liability under each cause of action asserted by Plaintiffs and denies that Plaintiffs are entitled to any of the relief requested in their Complaint. Frisco ISD incorporates and preserves the defenses, arguments, and requested relief set forth in Defendant Frisco Independent School District's Motion for Partial Dismissal of Plaintiffs' Complaint (Dkt. 7).

13. Frisco ISD asserts Plaintiffs failed to exhaust their administrative remedies in accordance with the Individuals with Disabilities Education Act.

14. Frisco ISD asserts it is entitled to governmental immunity with respect to Plaintiffs' state law tort claims.

15. Frisco ISD reserves the right to raise additional defenses that become apparent through the factual development of this case.

WHEREFORE, PREMISES CONSIDERED, Defendant Frisco Independent School District respectfully requests that the Court deny Plaintiffs any and all relief demanded in their Complaint; order that Plaintiffs take nothing; grant judgment in favor of Frisco ISD; and grant Frisco ISD any and all additional relief to which it may show itself justly entitled, including attorneys' fees and costs if determined to be warranted by the Court under applicable law.

Respectfully submitted,

By: /s/Meredith Prykryl Walker

Meredith Prykryl Walker
State Bar No. 24056487
Nicole Blaylock Thomas
State Bar No. 24149603

WALSH GALLEGOS KYLE
ROBINSON & DE LOS SANTOS P.C.
105 Decker Court, Suite 700
Irving, Texas 75062
214.574.8800
214.574.8801 (facsimile)
mwalker@wabsa.com
nblaylockthomas@wabsa.com

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

On October 22, 2026, I electronically submitted the foregoing document with the clerk of court for the United States District Court, Eastern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

Robert Mactavish
Lento Law Group, P.C.

/s/ Meredith Prykryl Walker
Meredith Prykryl Walker